■ THOMAS S. VEITCH, Appellant, v DEBORAH JO VEITCH, Respondent. (Appeal No. 1.) [775 NYS2d 635]—Appeal from a judgment of the Supreme Court, Ontario County (James R. Harvey,

A.J.), entered December 6, 2002 in a divorce action. The judgment, insofar as appealed from, awarded plaintiff supervised visitation with the parties' child and ordered plaintiff to pay child support in the amount of $143 per week, to obtain a $100,000 term life insurance policy for the benefit of the child, and to pay 100% of the health care and child care expenses of the child.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Pigott, Jr., P.J., Pine, Wisner, Scudder and Lawton, JJ.